# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2645 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 1 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 84864 |
| | : | |
| RICHARD P. KIMMINS, | : | (Allegheny County) |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of September, 2019, upon consideration of the Certificate of Admission of Disability by Richard P. Kimmins, he is immediately transferred to inactive status for an indefinite period and until further Order of the Court. *See* Pa.R.D.E. 301(e). He shall comply with all the provisions of Pa.R.D.E. 217.

    All pending disciplinary proceedings shall be held in abeyance, except for the perpetuation of testimony and the preservation of documentary evidence.